DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOSUE BATISTA,**
Appellant,

v.

**JAKE SCHULMAN,**
Appellee.

No. 4D2025-2187

[July 30, 2026]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Reginald R. Corlew, Judge; L.T. Case No. 502025SC011579XXXASB.

Josue Batista, Lake Worth, pro se.

Alan Lester Raines of Raines Legal, Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, LEVINE and FORST, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely-filed motion for rehearing.***